**Harvey E. BLACKMAN, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7080.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2009.

Todd M. Wesche, Goodman, Allen & Filetti, PLLC, of Richmond, VA, argued for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-

appellee. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director of counsel was Meredyth D. Cohen, Trial Attorney of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Dana Raffaelli, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, GAJARSA, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

*AFFIRMED.* *See* Fed. Cir. R. 36.